UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 MAR 12 P 1:37

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CONRADO ADOLFO FRENZEL, aka "Otto,"
JORGE ALEJANDRO PAURA, aka "Larry,"
SANTIAGO VIDEMATO, aka "James Duggan," aka "Ramona Ibarra,"
LUCIANO BRUNETTI, aka "Biff Tannen," aka "Lucho," and
LUCAS DANIEL PAURA, aka "Carl Carlson,"

    Defendants.

Case No. 18-CR-175
[21 U.S.C. §§ 841(a)(1)
841(b)(1)(C), 841(b)(2),
841(h)(1)(A), 841(h)(1)(B), 846,
843(c)(2)(A), 843(d)(1), 952(a),
952(b), 960(a)(1), 960(b)(3),
960(b)(6), and 963; 18 U.S.C. § 2]

## MOTION TO UNSEAL SUPERSEDING INDICTMENT AS TO ALL DEFENDANTS

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney, Laura S. Kwaterski and Rebecca L. Taibleson, Assistant United States Attorneys, hereby requests that the superseding indictment in this matter be unsealed as to all defendants and counts. As grounds therefor, the government states as follows:

Argentine authorities arrested Conrado Frenzel, Jorge Paura, and Santiago Videmato, in Buenos Aires, Argentina, on March 12, 2019 pursuant to requests for their

provisional arrest from the United States. The United States will seek to extradite these defendants to face the charges in the Eastern District of Wisconsin.

Dated at Milwaukee, Wisconsin, this 12th day of March, 2019.

                                        MATTHEW D. KRUEGER
                                        United States Attorney

By: *[signature]*

                    *for* LAURA S. KWATERSKI
                        Assistant United States Attorney