UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CONRADO ADOLFO FRENZEL, aka "Otto,"
JORGE ALEJANDRO PAURA, aka "Larry,"
SANTIAGO VIDEMATO, aka "James Duggan," aka "Ramona Ibarra"
LUCIANO BRUNETTI, aka "Biff Tannen," aka "Lucho," and
LUCAS DANIEL PAURA, aka "Carl Carlson,"

        Defendants.

Case No. 18-CR-175
[21 U.S.C. §§ 841(a)(1)
841(b)(1)(C), 841(b)(1)(E),
841(h)(1)(A), 841(h)(1)(B), 846,
843(c)(2)(A), 952(a), 960(a)(1),
960(b)(3), and 963; 18 U.S.C. § 2]

---

## MOTION TO UNSEAL CASE

---

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney, and Laura S. Kwaterski and Rebecca L. Taibleson, Assistant United States Attorneys, hereby requests that the case be unsealed. As grounds therefor, the government states as follows:

Argentine authorities arrested Conrado Frenzel, Jorge Paura, and Santiago Videmato, in Buenos Aires, Argentina, on March 12, 2019 pursuant to requests for their provisional arrest from the United States. The United States will seek to extradite these defendants to face the charges in the Eastern District of Wisconsin.

Dated at Milwaukee, Wisconsin, this 13th day of March, 2019.

                         MATTHEW D. KRUEGER
                         United States Attorney

By: *[signature]*

                         LAURA S. KWATERSKI
                         Assistant United States Attorney

2